UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY SCOTT REYNOLDS,

    Petitioner,                                  Civil Action No. 3:14-CV-01249

vs.                                               HON. BERNARD A. FRIEDMAN

BERT C. BOYD,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

This matter is presently before the Court on petitioner's motion for relief from judgment under Fed. R. Civ. P. 60(b). (ECF No. 47). Magistrate Judge Alistair E. Newbern has submitted a Report and Recommendation ("R&R") (ECF No. 56) in which she recommends that this motion be granted because petitioner was abandoned by his attorney of record.[1] Petitioner was therefore unable to file timely objections to Magistrate Judge Newbern's September 28, 2018, report and recommendation. (ECF No. 30). No party has objected to the R&R, and the objection period has expired. The Court has reviewed the R&R and the pertinent underlying documents and agrees with the magistrate judge's analysis and recommendations. Accordingly,

IT IS ORDERED that Magistrate Judge Newbern's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

---

[1] Petitioner's attorney, Andrew N. Hall, had his license to practice law temporarily suspended on September 4, 2020, and was permanently disbarred by the Tennessee Supreme Court on November 16, 2021. *See* https://www.tbpr.org/attorneys/013481 (last visited Dec. 13, 2021).

IT IS FURTHER ORDERED that petitioner's motion for relief from judgment is granted. Petitioner has thirty days from the date of this order to file objections to the September 28, 2018, report and recommendation on his own behalf.

IT IS FURTHER ORDERED that the Clerk's Office terminate attorney Andrew N. Hall as counsel of record in the Court's docket.

IT IS FURTHER ORDERED that the Clerk of Court send a copy of this order by mail to Reynolds and to Hall at their respective addresses on file with the Court.

Dated: December 14, 2021  
    Detroit, Michigan

s/Bernard A. Friedman  
BERNARD A. FRIEDMAN  
SENIOR UNITED STATES DISTRICT JUDGE  
SITTING BY SPECIAL DESIGNATION